**Francisca LAGUNA, Petitioner,**

v.

**OFFICE OF COMPLIANCE, Respondent,**

and

**Office of the Architect of the Capitol, Respondent.**

No. 04–6005.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

### JUDGMENT